ADOLF AXELRATH, Appellant, v. SPENCER KELLOGG AND SONS, INC., Respondent.—

No opinion. Lazansky, P. J., Hagarty, Carswell and Adel, JJ., concur; Close, J., dissents and votes to reverse the order granting defendant's motion for summary judgment and the judgment entered thereon, and to deny the motion; and further votes to reverse the order denying plaintiff's motion for summary judgment and to grant the motion, with the following memorandum: The contract was assigned prior to the law day to a purchaser to whom the condition precedent had no application.